**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Los Angeles DIVISION**

| | | |
|---|---|---|
| In re: PROTOTYPE ENGINEERING & MANUFACTURING INC | § § § § | Case No. 2:17-bk-21018-RK |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Wesley H. Avery, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $12,650.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,000,000.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $602,148.27 | | |

  3) Total gross receipts of $2,602,148.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,602,148.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $879,899.98 | $879,978.95 | $602,148.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,671,181.00 | $35,000,000.00 | $2,000,000.00 | $2,000,000.00 |
| **TOTAL DISBURSEMENTS** | $2,671,181.00 | $35,879,899.98 | $2,879,978.95 | $2,602,148.27 |

4) This case was originally filed under chapter 7 on 09/08/2017. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2021             By: /s/ Wesley H. Avery
                                           Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: Wells Fargo (xx8549) | 1129-000 | $13,357.27 |
| Machinery and Fixtures | 1129-000 | $88,791.00 |
| Settlement Agreement | 1249-000 | $2,500,000.00 |
| TOTAL GROSS RECEIPTS | | $2,602,148.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wesley H. Avery | 2100-000 | NA | $101,314.45 | $101,314.45 | $101,314.45 |
| Trustee, Expenses - Wesley H. Avery | 2200-000 | NA | $382.31 | $382.31 | $358.46 |
| Auctioneer Fees - Van Horn Auctions & Appraisal Group, LLC | 3610-000 | NA | $9,257.99 | $9,257.99 | $9,257.99 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Bond Payments - BOND | 2300-000 | NA | $162.56 | $162.56 | $162.56 |
| Bond Payments - INTERNATIONAL SURETIES | 2300-000 | NA | $0.00 | $78.97 | $78.97 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $2,885.75 | $2,885.75 | $2,885.75 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $787.98 | $787.98 | $787.98 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $3,262.00 | $3,262.00 | $3,262.00 |
| Other Chapter 7 Administrative Expenses - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2990-000 | NA | $1,608.50 | $1,608.50 | $1,608.50 |
| Attorney for Trustee Fees (Other Firm) - TIMOTHY J YOO | 3210-000 | NA | $259,700.00 | $259,700.00 | $259,700.00 |
| Attorney for Trustee Expenses (Other Firm) - TIMOTHY J YOO | 3220-000 | NA | $15,694.42 | $15,694.42 | $15,694.42 |
| Accountant for Trustee Fees (Other Firm) - CBIZ VALUATION GROUP, LLC | 3410-000 | NA | $469,883.50 | $469,883.50 | $192,076.67 |
| Accountant for Trustee Expenses (Other Firm) - CBIZ VALUATION GROUP, LLC | 3420-000 | NA | $14,260.52 | $14,260.52 | $14,260.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$879,899.98** | **$879,978.95** | **$602,148.27** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None ||||||||

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bordbar Trust | 7100-000 | $672,000.00 | $0.00 | $0.00 | $0.00 |
| 2 | Jon Ternstrom c/o Motley Rice Attorney Mary Schiavo | 7100-000 | NA | $10,000,000.00 | $0.00 | $0.00 |
| 3 | Cameron Witzler c/o Motley Rice Attorney Mary Schiavo | 7100-000 | NA | $10,000,000.00 | $0.00 | $0.00 |
| 4 | Colette Carpenter c/o Motley Rice Attorney Mary Schiavo | 7100-000 | $0.00 | $15,000,000.00 | $0.00 | $0.00 |
| N/A | Crash Victim Plaintiffs | 7100-000 | NA | $0.00 | $2,000,000.00 | $2,000,000.00 |
| N/F | BAE Systems, Inc., et al. c/o Mack Shultz, Jr., Esq. (Perkin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barry and Molly Bordbar Family Trust | 7100-000 | $1,970,041.00 | NA | NA | NA |
| N/F | Cubic Defense Applications, Inc. c/o Patrick J. Kearns, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | L-3 Communications Integrated Systems, L.P. c/o Jack M. Stra | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sikorsky Aircraft Corp., et al. c/o James E. Hunt, Esq. (Fit | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Army | 7100-000 | $0.00 | NA | NA | NA |
| N/F | VMW Analytics, LLC | 7100-000 | $29,140.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,671,181.00** | **$35,000,000.00** | **$2,000,000.00** | **$2,000,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:17-bk-21018-RK
**Case Name:** PROTOTYPE ENGINEERING & MANUFACTURING INC
**For Period Ending:** 10/25/2021

**Trustee Name:** (001270) Wesley H. Avery
**Date Filed (f) or Converted (c):** 09/08/2017 (f)
**§ 341(a) Meeting Date:** 10/12/2017
**Claims Bar Date:** 12/26/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Debtor inadvertently entered the bank account funds on this line item (See Schedule B flied on 9/8/2017, Docket 1) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Wells Fargo (xx8549) | 13,357.27 | 13,357.27 | | 13,357.27 | FA |
| 3 | Raw Materials: Washers, Rubber Parts, Steel | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Supplies | 50.00 | 50.00 | | 0.00 | FA |
| 5 | Standard Office Furniture | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6 | Fixtures | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7 | Computers, Telephone | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 8 | Fork Lifts | 500.00 | 500.00 | | 0.00 | FA |
| 9 | Machinery and Fixtures<br>Auction Sale (includes Asset # 3-8) | 19,000.00 | 88,791.00 | | 88,791.00 | FA |
| 10 | 140 East 162nd Street, Gardena, CA 90248 (Commercial real property) | 0.00 | 1.00 | | 0.00 | FA |
| 11 | Settlement Agreement (u)<br>Settlement Agreement [Docket 122 - 3/2/2021] and Order [Docket 126 - 3/30/2021] | 0.00 | 2,500,000.00 | | 2,500,000.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$45,007.27** | **$2,614,799.27** | | **$2,602,148.27** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 2:17-bk-21018-RK | **Trustee Name:** (001270) Wesley H. Avery |
| **Case Name:** PROTOTYPE ENGINEERING & MANUFACTURING INC | **Date Filed (f) or Converted (c):** 09/08/2017 (f) |
| | **§ 341(a) Meeting Date:** 10/12/2017 |
| **For Period Ending:** 10/25/2021 | **Claims Bar Date:** 12/26/2017 |

**Major Activities Affecting Case Closing:**

REPORTING PERIOD ENDING JUNE 30, 2022

All checks cleared. TDR submitted 10/25/2021.

REPORTING PERIOD ENDING JUNE 30, 2022

TFR granted on 8/17/2021, order lodged (LOU 10316649).

REPORTING PERIOD ENDING JUNE 30, 2021 (AGED CASE)

TFR submitted 6/7/2021. TFR hearing set for August 17, 2021 at 2:30PM in Courtroom 1675.

All assets administered. Request for court costs and Notice to Professionals filed on 5/14/2021.

Settlement funds received. Crash victim plaintiffs paid pursuant to Settlement Agreement [Docket 122 - 3/2/2021] and Order thereon [Docket 126 - 3/30/2021].

AGED CASE REPORT AS OF MARCH 31, 2021 (AGED CASE)

Quarterly review for PE 3/31/2021: Trustee is awaiting receipt of $2.5 million to the Estate pursuant to the settlement agreement.
-Liquidation Approach/Analysis: Trustee has approximately $90,000 on hand from an auction. Trustee anticipates payment of $2.5million from the settlement, from which the Crash Victim Claimants will receive $2 million, all general unsecured creditors will be paid in full, and administrative expenses will be capped to $600,000.

3/30/2021 [Docket 126]: Order granting chapter 7 trustee's motion to approve compromise under FRBP 9019 and to obtain judgment pursuant to settlement. (BNC-PDF) (Related Doc # [122]) Signed on 3/30/2021.

AGED CASE REPORT AS OF DECEMBER 31, 2020 (AGED CASE)

Quarterly review for PE 12/31/2020: The parties engaged in extensive mediation efforts and reached a settlement agreement, whereby the estate would be paid $2.5 million. Debtors are in the process of selling the commercial building to fund the settlement.
-Liquidation Approach/Analysis: Trustee has approximately $90,000 on hand from an auction. Trustee anticipates payment of $2.5million from the settlement, from which the Crash Victim Claimants will receive $2 million, all general unsecured creditors will be paid in full, and administrative expenses will be capped to $600,000.

AGED CASE REPORT AS OF SEPTEMBER 30, 2020 (AGED CASE)

Quarterly review for PE 9/30/2020: The main asset of this estate is the Trustee's pending litigation against Barry and Molly Bordbar, et al. (hereinafter "Defendants"), Adv. No., 2:19-ap-1332-RK (the "Adversary"), which was commenced on September 6, 2019. The Adversary has been highly contentious from its inception, with the estate having to oppose and defeat, among other things, Defendants' motion to dismiss the Adversary and thereafter, a motion to expunge the lis pendens recorded against the real properties that can be potentially be sold if the estate prevailed in the Adversary. In the interim, Jon and Maria Ternstrom, Cameron and Michelle Witzler, and Colette Carpenter, individually and in her capacity as administrator of the estate of Clayton O. Carpenter, referred to in this case as the "Crash Victim Claimants," have been allowed by the Court to intervene in the Adversary. As holders of the majority of the claims asserted against the

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| Case No.: 2:17-bk-21018-RK | Trustee Name: (001270) Wesley H. Avery |
| Case Name: PROTOTYPE ENGINEERING & MANUFACTURING INC | Date Filed (f) or Converted (c): 09/08/2017 (f) |
| | § 341(a) Meeting Date: 10/12/2017 |
| For Period Ending: 10/25/2021 | Claims Bar Date: 12/26/2017 |

estate, the Crash Victim Claimants, through their counsel, have participated substantially in the litigation of the Adversary. The Crash Victim Plaintiffs have also obtained relief from the automatic stay to proceed with their prepetition action pending in U.S. District Court, which is the action that precipitated the filing of a bankruptcy case by the debtor. The Trustee, the Crash Victim Claimants, and Defendants participated in a mediation before Joseph Paulk on October 5, 2020. While a settlement of all disputes was reached in principle at the mediation, the terms of a settlement are still being ironed out by the parties. The parties seem to be in agreement, however, that full payment of the settlement amount will not be due until April or May 2021.

-Liquidation Approach/Analysis: Trustee has approximately $90,000 on hand from an auction. Trustee anticipates payment of $2.5million from the settlement, from which the Crash Victim Claimants will receive $2million, all general unsecured creditors will be paid in full, and administrative expenses will be capped to $600,000.

REPORTING PERIOD ENDING JUNE 30, 2020

Quarterly review as of 7/1/2020: Trustee is still engaged in litigation with affiliates of the Debtor regarding the commercial property and other business assets.

-Liquidation Approach/Analysis: Trustee administered Debtor's personal property through an auction, which grossed $88,791 for the benefit of creditors. Trustee also administered turnover of bank account funds. Trustee intends to administer the commercial property, which is currently involved in ongoing litigation. The distribution to creditors will depend on the total recovery of assets and the administrative fees/expenses related thereto.

Quarterly review as of 4/1/2020: Trustee administered Debtor's personal property through an auction. Trustee is currently engaged in litigation with affiliates of the Debtor regarding the commercial property and other business assets.

3/18/2020 [Docket 106]: Stipulation By Wesley H Avery (TR), Colette Borom-Carpenter, Jon Ternstrom, Maria Ternstrom, Cameron Witzler, Michelle Witzler and Filed by Trustee Wesley H Avery (TR), Creditors Colette Borom-Carpenter, Jon Ternstrom, Maria Ternstrom, Cameron Witzler, Michelle Witzler (Phillips, Todd)

9/6/2019 [Docket 105]: Adversary case 2:19-ap-01332. Complaint by Wesley H Avery against Leya Technologies, LLC, Bahram Bordbar, Malahat Bordbar, Sara Bordbar. (Charge To Estate). (Attachments: # (1) Adversary Coversheet) Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Pagay, Carmela)

REPORTING PERIOD ENDING JUNE 30, 2019

 The Trustee previously filed an adversary complaint against the Debtor and certain related persons and entities seeking to substantively consolidate the Debtor's case with the non-debtors. The defendants filed a motion to dismiss, which was granted with leave to amend. The Trustee subsequently made the decision (with a strong "suggestion" from Judge Kwan) to not amend, and to dismiss the adversary without prejudice in order to undertake 2004 examinations (and document production), principally from the Debtor's insiders, to better determine what, if any, viable claims the estate may have. If the Trustee determines that there is a sufficient basis for filing a new complaint, that complaint must be filed by September 8, 2019 (2 years after the Petition Date). Although the adversary proceeding was dismissed, the parties are currently litigating in the context of taking 2004 examinations. At least 4-5 separate 2004 examinations have been scheduled, all in the month of August.
 Since the adversary proceeding was dismissed a couple months ago, Trustee's counsel has engaged in preparation for the 2004 exams in anticipation of filing a new adversary complaint asserting avoidance claims (and possibly other types of claims) against persons and entities who appear to be insiders of the Debtor.
 As noted above, a new adversary proceeding will have to be commenced by September 8, 2019. We believe that the 2004 exams (together with investigation that was previously undertaken by the Trustee's accountants) will yield sufficient information to commence a new adversary proceeding.

7/12/2019 [Docket 74]: Motion for 2004 Examination [Notice Of Motion And Motion For Order Authorizing

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| | |
|---|---|
| **Case No.:** 2:17-bk-21018-RK | **Trustee Name:** (001270) Wesley H. Avery |
| **Case Name:** PROTOTYPE ENGINEERING & MANUFACTURING INC | **Date Filed (f) or Converted (c):** 09/08/2017 (f) |
| | **§ 341(a) Meeting Date:** 10/12/2017 |
| **For Period Ending:** 10/25/2021 | **Claims Bar Date:** 12/26/2017 |

Examination Of Bahram Bordbar Pursuant To Federal Rule Of Bankruptcy Procedure 2004; Memorandum Of Points And Authorities; Declaration Irv M. Gross (POS Attached)]- Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

7/12/2019 [Docket 72]: Motion for 2004 Examination / Notice Of Motion And Motion For Order Authorizing Examination Of Leya Technologies, LLC Pursuant To Federal Rule Of Bankruptcy Procedure 2004; Memorandum Of Points And Authorities; Declaration Of Irv M. Gross Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

7/12/2019 [Docket 70]: Motion for 2004 Examination / Notice Of Motion And Motion For Order Authorizing Examination Of Malahat Bordbar Pursuant To Federal Rule Of Bankruptcy Procedure 2004; Memorandum Of Points And Authorities; Declaration Of Irv M. Gross Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

7/12/2019 [Docket 68]: Motion for 2004 Examination Notice of Motion and Motion For Order Authorizing Examination of The Bordbar Family Trust Pursuant To Federal Rule of Bankruptcy Procedure 2004; Memorandum of Points and Authorities; Declaration of Irv M. Gross (with Exhibit 1) (with proof of service) Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

7/12/2019 [Docket 66]: Motion for 2004 Examination [Notice Of Motion And Motion For Order Authorizing Examination Of Prototype Engineering & Manufacturing, Inc. Pursuant To Federal Rule Of Bankruptcy Procedure 2004; Memorandum Of Points And Authorities; Declaration Of Irv M. Gross (POS Attached)]- Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

7/12/2019 [Docket 64]: Motion for 2004 Examination / Notice Of Motion And Motion For Order Authorizing Examination Of Steve Liss, CPA Pursuant To Federal Rule Of Bankruptcy Procedure 2004; Memorandum Of Points And Authorities; Declarations Of Irv M. Gross And Lindsey L. Smith Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

7/11/2019 [Docket 62]: Motion for 2004 Examination Notice of Motion and Motion For Order Authorizing Examination of Wen Hsiang Hsin Pursuant To Federal Rule of Bankruptcy Procedure 2004; Memorandum of Points and Authorities; Declarations of Irv M. Gross and Lindsey L. Smith (with Exhibits 1 and 2) (with proof of service) Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

7/11/2019 [Docket 60]: Motion for 2004 Examination Notice of Motion and Motion For Order Authorizing Examination of Bank of America, N.A. Pursuant To Federal Rule of Bankruptcy Procedure 2004; Memorandum of Points and Authorities; Declarations of Irv M. Gross and Lindsey L. Smith (with Exhibits 1, 2 and 3) (with proof of service) Filed by Trustee Wesley H Avery (TR) (Gross, Irving)

REPORTING PERIOD ENDING JUNE 30, 2018

Trustee conducted a court authorized auction and sold the corporate Debtor's personal property, including machinery, fixtures, and office equipment. Trustee, through his counsel and forensic accountant, is investigating Debtor's financial records to determine if there are any further assets to administer for the benefit of the Estate.

5/29/2018 [Docket 46]: Declaration re: of Wesley H. Avery, Chapter 7 Trustee Regarding Report of Auctioneer Filed by Trustee Wesley H Avery (TR) (RE: related document(s)[20] Order on Application to Employ (BNC-PDF)). (Yoo, Timothy)

3/26/2018 [Docket 45]: Notice of Auction Sale of Personal Property of the Estate Filed by Trustee Wesley H Avery (TR). (Pagay, Carmela)

2/7/2018 [Docket 30]: Order vacating oral ruling granting trustee's motion to approve compromise of controversy and authorize payment to auctioneer and setting further hearing to hear additional oral argument is set for February 20, 2018 at 2:00 p.m. before the undersigned United States Bankruptcy Judge in Courtroom 1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California.. (BNC-PDF) (Related Doc # [23]) Signed on 2/7/2018. (Bakchellian, Mary)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 5

| | |
|---|---|
| **Case No.:** 2:17-bk-21018-RK | **Trustee Name:** (001270) Wesley H. Avery |
| **Case Name:** PROTOTYPE ENGINEERING & MANUFACTURING INC | **Date Filed (f) or Converted (c):** 09/08/2017 (f) |
| | **§ 341(a) Meeting Date:** 10/12/2017 |
| **For Period Ending:** 10/25/2021 | **Claims Bar Date:** 12/26/2017 |

1/9/2018 [Docket 25]: Objection to chapter 7 trustee's motion to approve compromise of controversy and authorize payment to auctioneer. (related document(s): [23] Motion to Approve Compromise Under Rule 9019 and Authorize Payment to Engineer; Declarations in Support Thereof filed by Trustee Wesley H Avery (TR)) Filed by Creditor Jon Ternstrom

12/20/2017 [Docket 23]: Motion to Approve Compromise Under Rule 9019 and Authorize Payment to Engineer; Declarations in Support Thereof Filed by Trustee Wesley H Avery (TR) (Yoo, Timothy)

GENERAL
Equity in machinery.  Commercial real estate.
-Notice of pendency of action filed on 9/26/2020 in Los Angeles and Orange County [See Dockets 7, 8].

PROFESSIONALS
-Order Granting Application to Employ CBIZ Valuation Group, LLC as financial advisors and consultants for trustee. (BNC-PDF) (Related Doc # [8]) Signed on 10/26/2017.
-Order Granting Application to Employ Levene, Neale, Bender, Yoo & Brill LLP as general bankruptcy counsel. (BNC-PDF) (Related Doc # [10]) Signed on 10/30/2017.
-Order: (1) authorizing employment of Van Horn Auctions & Appraisal Group, LLC as auctioneer; (2) Authorizing sale of personal property of the estate; and (3) authorizing abandonment and destruction of unsold property. (BNC-PDF) (Related Doc # [12]) Signed on 11/1/2017.
-Order authorizing trustee to employ the Firm of Lane & Nach, P.C., and Udelman Law Firm, P.L.C. as special counsel. (BNC-PDF) (Related Doc # [53]) Signed on 6/14/2019.

INSURANCE
n/a

TAX RETURNS
Pending completion of asset administration. 2017 Estate Tax Return mailed on July 2, 2018. Amended taxes mailed on September 17, 2018. Amended tax returns mailed on 11/19/18.  Final estate tax return requested on 5/12/2021. Taxes faxed and mailed on 6/28/2021.

CLAIMS STATUS
Proofs of Claims due by 12/26/2017. Government Proof of Claim due by 3/7/2018.  Trustee has reviewed claims.  Five claims have been filed totaling $37,642,041.00, comprised of $800 administrative FTB claim and the remaining as general unsecured.  Per pending settlement agreement, POC #2,3,4 will be paid a total of $2million.  Also, POC #1 will be withdrawn; if not, trustee will object.

CLOSING
Pending filing of tax returns.  Request for court costs and Notice to Professionals filed on 5/14/2021.  Notice to Pay Court Costs Due Sent To: Wesley H. Avery, Total Amount Due $700.00.

ETFR: 6/30/2020
NEW ETFR (AS OF 6/30/2020): 12/31/2021

**Initial Projected Date Of Final Report (TFR):** 06/30/2020        **Current Projected Date Of Final Report (TFR):** 06/07/2021 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 2:17-bk-21018-RK | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | PROTOTYPE ENGINEERING & MANUFACTURING INC | Bank Name: | Mechanics Bank |
|  |  | Account #: | ******9500 Checking |
| Taxpayer ID #: | **-***8251 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/25/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/17 | {2} | Wells Fargo | Turnover of WF Bank Account Funds (acct xx8549) | 1129-000 | 13,357.27 |  | 13,357.27 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 13,347.27 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 20.47 | 13,326.80 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.16 | 13,307.64 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 18.50 | 13,289.14 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 21.02 | 13,268.12 |
| 02/12/18 | 101 | INTERNATIONAL SURETIES | Bond Disbursement - Term 1/4/2018 - 1/4/2019 (Bond #016030866) | 2300-000 |  | 5.77 | 13,262.35 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 17.80 | 13,244.55 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.05 | 13,225.50 |
| 04/10/18 | 102 | INTERNATIONAL SURETIES | Bond Increase - Effective 1/8/2018 - 1/4/2019 | 2300-000 |  | 1.10 | 13,224.40 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 18.38 | 13,206.02 |
| 05/15/18 | {9} | Van Horn Auctions and Appraisal Group | Sale Proceeds from Public Auction | 1129-000 | 88,791.00 |  | 101,997.02 |
| 05/29/18 | 103 | Van Horn Auctions & Appraisal Group, LLC | Pursuant to Court Order (Docket 20 - 11/1/2017) and Supporting Declaration (Docket 46 - 5/29/2018) | 3610-000 |  | 9,257.99 | 92,739.03 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 84.75 | 92,654.28 |
| 06/25/18 | 104 | Franchise Tax Board | 2017 Corporate Tax - CA Form 100-ES | 2820-000 |  | 829.00 | 91,825.28 |
| 06/25/18 | 105 | Franchise Tax Board | 2018 Corporate Tax - CA Form 100-ES | 2820-000 |  | 800.00 | 91,025.28 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 131.93 | 90,893.35 |
| 07/03/18 | 106 | INTERNATIONAL SURETIES | Bond Increase (as of 6/28/2018) | 2300-000 |  | 1.41 | 90,891.94 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 140.67 | 90,751.27 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 134.88 | 90,616.39 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 69.51 | 90,546.88 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 81.86 | 90,465.02 |
| 01/29/19 | 107 | INTERNATIONAL SURETIES | Bond Disbursement - Term 1/4/2019 - 1/4/2020 (Bond #016030866) | 2300-000 |  | 73.20 | 90,391.82 |
| 06/12/19 |  | Transfer Debit to Metropolitan Commercial Bank acct ******2371 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX2371 | 9999-000 |  | 90,391.82 | 0.00 |

Page Subtotals:    $102,148.27    $102,148.27

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 2:17-bk-21018-RK | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | PROTOTYPE ENGINEERING & MANUFACTURING INC | Bank Name: | Mechanics Bank |
| | | Account #: | ******9500 Checking |
| Taxpayer ID #: | **-***8251 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/25/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 102,148.27 | 102,148.27 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 90,391.82 | |
| | | Subtotal | | | 102,148.27 | 11,756.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $102,148.27 | $11,756.45 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 2:17-bk-21018-RK | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | PROTOTYPE ENGINEERING & MANUFACTURING INC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******2371 Checking Account |
| Taxpayer ID #: | **-***8251 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/25/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/12/19 | | Transfer Credit from Rabobank, N.A. acct ******9500 | Transition Credit from Rabobank, N.A. acct XXXXXX9500 | 9999-000 | 90,391.82 | | 90,391.82 |
| 02/13/20 | 1000 | INTERNATIONAL SURETIES | Bond Disbursement - Term 1/4/2020 to 1/4/2021 (Bond #016030866) | 2300-000 | | 77.02 | 90,314.80 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 72.17 | 90,242.63 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 144.24 | 90,098.39 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 139.20 | 89,959.19 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 153.37 | 89,805.82 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.32 | 89,657.50 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 138.52 | 89,518.98 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 152.63 | 89,366.35 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.83 | 89,223.52 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 137.85 | 89,085.67 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 156.64 | 88,929.03 |
| 01/29/21 | 1001 | INTERNATIONAL SURETIES | Bond Payment (Bond #016229730) - 1/4/2021 to 1/4/2022 | 2300-000 | | 83.03 | 88,846.00 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 137.76 | 88,708.24 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.74 | 88,575.50 |
| 03/04/21 | 1002 | Franchise Tax Board | 2020 FTB Form 568 (CA Partnership LLC Fee) Voided on 03/04/2021 | 2820-000 | | 800.00 | 87,775.50 |
| 03/04/21 | 1002 | Franchise Tax Board | 2020 FTB Form 568 (CA Partnership LLC Fee) Voided: check issued on 03/04/2021 | 2820-000 | | -800.00 | 88,575.50 |
| 03/15/21 | 1003 | Franchise Tax Board | 2020 FTB CA Form 100S | 2820-000 | | 833.00 | 87,742.50 |
| 03/15/21 | 1004 | Franchise Tax Board | 2021 FTB CA Form 100-ES | 2820-000 | | 800.00 | 86,942.50 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 155.46 | 86,787.04 |
| 04/22/21 | {11} | Fidelity National Title Company | Settlement Funds | 1249-000 | 2,500,000.00 | | 2,586,787.04 |
| 04/30/21 | | Motley Rice | WIRE TO Motley Rice | 7100-000 | | 2,000,000.00 | 586,787.04 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,074.02 | 585,713.02 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 876.16 | 584,836.86 |
| 06/02/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -876.16 | 585,713.02 |
| 08/23/21 | 1005 | CBIZ VALUATION GROUP, LLC | Claim #ACCT EXP / Filed: $14,260.52 / Dividend paid at 100.00% = $14,260.52 | 3420-000 | | 14,260.52 | 571,452.50 |

Page Subtotals:    $2,590,391.82    $2,018,939.32

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 2:17-bk-21018-RK | Trustee Name: | Wesley H. Avery (001270) |
| --- | --- | --- | --- |
| Case Name: | PROTOTYPE ENGINEERING & MANUFACTURING INC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******2371 Checking Account |
| Taxpayer ID #: | **-***8251 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/25/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/21 | 1006 | TIMOTHY J YOO | Claim #ATTY EXP / Filed: $15,694.42 / Dividend paid at 100.00% = $15,694.42 Voided on 08/23/2021 | 3220-000 | | 15,694.42 | 555,758.08 |
| 08/23/21 | 1006 | TIMOTHY J YOO | Claim #ATTY EXP / Filed: $15,694.42 / Dividend paid at 100.00% = $15,694.42 Voided: check issued on 08/23/2021 | 3220-000 | | -15,694.42 | 571,452.50 |
| 08/23/21 | 1007 | TIMOTHY J YOO | Claim #ATTY FEE / Filed: $259,700.00 / Dividend paid at 100.00% = $259,700.00 Voided on 08/23/2021 | 3210-000 | | 259,700.00 | 311,752.50 |
| 08/23/21 | 1007 | TIMOTHY J YOO | Claim #ATTY FEE / Filed: $259,700.00 / Dividend paid at 100.00% = $259,700.00 Voided: check issued on 08/23/2021 | 3210-000 | | -259,700.00 | 571,452.50 |
| 08/23/21 | 1008 | United States Bankruptcy Court | Claim #COURT / Filed: $700.00 / Dividend paid at 100.00% = $700.00 | 2700-000 | | 700.00 | 570,752.50 |
| 08/23/21 | 1009 | Wesley H. Avery | Combined trustee compensation & expense dividend payments. | | | 101,672.91 | 469,079.59 |
| | | Wesley H. Avery | Claims Distribution - Mon, 06-07-2021          $101,314.45 | 2100-000 | | | |
| | | Wesley H. Avery | Claims Distribution - Mon, 06-07-2021          $358.46 | 2200-000 | | | |
| 08/23/21 | 1010 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Claim #5-2 / Filed: $1,608.50 / Dividend paid at 100.00% = $1,608.50 | 2990-000 | | 1,608.50 | 467,471.09 |
| 08/23/21 | 1011 | CBIZ VALUATION GROUP, LLC | Claim #ACCT FEE / Filed: $469,883.50 / Dividend paid at 40.88% = $192,076.67 | 3410-000 | | 192,076.67 | 275,394.42 |
| 08/23/21 | 1012 | Levene, Neale, Bender, Yoo & Brill LLP | Claim #ATTY EXP / Filed: $15,694.42 / Dividend paid at 100.00% = $15,694.42 | 3220-000 | | 15,694.42 | 259,700.00 |
| 08/23/21 | 1013 | Levene, Neale, Bender, Yoo & Brill LLP | Claim #ATTY FEE / Filed: $259,700.00 / Dividend paid at 100.00% = $259,700.00 | 3210-000 | | 259,700.00 | 0.00 |
| | | **COLUMN TOTALS** | | | 2,590,391.82 | 2,590,391.82 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 90,391.82 | 0.00 | |
| | | **Subtotal** | | | 2,500,000.00 | 2,590,391.82 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,500,000.00** | **$2,590,391.82** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:17-bk-21018-RK | **Trustee Name:** | Wesley H. Avery (001270) |
| **Case Name:** | PROTOTYPE ENGINEERING & MANUFACTURING INC | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******2371 Checking Account |
| **Taxpayer ID #:** | **-***8251 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/25/2021 | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $2,602,148.27 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,602,148.27 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9500 Checking | $102,148.27 | $11,756.45 | $0.00 |
| ******2371 Checking Account | $2,500,000.00 | $2,590,391.82 | $0.00 |
| | **$2,602,148.27** | **$2,602,148.27** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)